UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LOGAN M. FEATHER

    Plaintiff,

v.                                           Civil Action No. 2:17-cv-977
                                           Chief Judge Edmund A. Sargus, Jr.
                                           Magistrate Judge Chelsey M. Vascura

FRALEY & SCHILLING, INC.,

    Defendant.

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS COMPLAINT

On this day came Plaintiffs, Logan M. Feather, by and through counsel, Erika Klie Kolenich, Esq. of Klie Law Offices, PLLC, and respectfully moved this Honorable Court to dismiss, *without prejudice*, Plaintiffs' claims Defendant, Fraley & Schilling, Inc.

After consideration of the Motion filed (ECF No. 20), the Court hereby GRANTS Plaintiffs' Motion and hereby **ORDERS** that Plaintiffs' claims against Defendant, Fraley & Schilling, Inc., are dismissed, *without prejudice*.

The Court further **ORDERS** that this action be removed from the Court's active docket.

Entered this 27th day of February 2019.

                                                        *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE

Prepared by:

/s/Erika Klie Kolenich
Erika Klie Kolenich (0078420)
Klie Law Offices, PLLC.
85 W. Main Street
Buckhannon, WV 26201
(304) 472-5007
Facsimile: (304) 472-1126
ehklie@klielawoffices.com